LAW OFFICES

# SPERBER DENENBERG & KAHAN, P.C.

STEVEN B. SPERBER
SETH DENENBERG
ERIC H. KAHAN
JACQUELINE HANDEL-HARBOUR*

MICHAEL I. COHEN
ROMINA A. BENZAKARYA
JOSEPH D. DAVIDSON
ROSS GILMORE
DAVID GROMAN
JAMES MANTIA

*MEMBER OF NEW YORK, CALIFORNIA, PENNSYLVANIA AND WASHINGTON D.C. BARS

48 WEST 37TH STREET
SIXTEENTH FLOOR
NEW YORK, N.Y. 10018

(917) 351-1335
FAX: (917) 351-1303
www.sdkpc.com

January 26, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Vito Genna
Clerk of the Court

Re: *Saundra Plumeri*
Case No.: *10-10050 (MG)*

Dear Ms. Genna:

Please be advised that my office represents, 64TH STREET-THIRD AVENUE ASSOCIATES, LLC the landlord for the above Debtor. My client is in receipt of the court's letter dated January 20, 2010 advising that the court has received a deposit of $2750.00 from the Debtor as payment of post-Petition rent pursuant to 11 U.S.C 362 (c)(22).

At this time the landlord will consent to the payment of $2750 towards post-petition rent without prejudice to the motion returnable on February 11, 2010, the pre-petition arrears set forth in Landlord's motion, and the balance of post-petition rent due to Landlord. Please remit payment to:

64TH STREET-THIRD AVENUE ASSOCIATES, LLC
c/o SPERBER DENENBERG & KAHAN, P.C.
48 West 37th Street, 16th Floor
New York, New York 10018
Attn: James Mantia

Thank you for your cooperation.

Very truly yours,
SPERBER DENENBERG & KAHAN, P.C.

By: James C. Mantia, Esq.

Cc: Richard Lamborn, Esq.