UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x

In re:                                                    Case No.: 10 - 10050 (MG)

Saundra Plumeri,                                    Chapter 13

                Debtor.

---------------------------------------------- x

## ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO THIS CHAPTER 13 CASE WITH RESPECT TO CERTAIN PROPERTY

Upon the motion ("the Motion") of 64th Street – Third Avenue Associates, LLC, dated January 11, 2010, seeking an order pursuant to 11 U.S.C. § 362(l) confirming that the automatic stay under 11 U.S.C. § 362(a) is not in effect in, and does not apply in, this chapter 13 case, with respect to property located at 200 East 64th Street, Apartment 9-C, New York, NY 10065 (the "Property"); and, the above-captioned debtor (the "Debtor") having objected to the requested relief; and the Court having held hearings on the Motion on February 11 and February 16, 2010 ("Hearings");

**It is hereby ORDERED** that the Motion is granted as set forth herein. For the reasons stated by the Court on the record at the Hearings, the automatic stay under 11 U.S.C. § 362(a) is not in effect, and does not apply in, this chapter 13 case, with respect to the Property.

Dated: February 16, 2010
       New York, New York

                                                /s/ Martin Glenn
                                                UNITED STATES BANKRUPTCY JUDGE