LAW OFFICES

# SPERBER DENENBERG & KAHAN, P.C.

STEVEN B. SPERBER
SETH DENENBERG
ERIC H. KAHAN
JACQUELINE HANDEL-HARBOUR*

MICHAEL I. COHEN
ROMINA A. BENZAKARYA
JOSEPH D. DAVIDSON
ROSS GILMORE
DAVID GROMAN
JAMES MANTIA

*MEMBER OF NEW YORK, CALIFORNIA, PENNSYLVANIA AND WASHINGTON D.C. BARS

48 WEST 37TH STREET
SIXTEENTH FLOOR
NEW YORK, N.Y. 10018

(917) 351-1335
FAX: (917) 351-1303
www.sdkpc.com

February 22, 2010

Richard Lamborn, Esq.
327 East 149th Street, 2nd Floor
Bronx, New York 10451
**Via E-Mail and Regular Mail**

Re:   *In Saundra Plumeri*
Case No.: *10-10050 (MG)*

Dear Mr. Lamborn:

    I have had an opportunity to discuss with my client the suggestion of the court regarding the balance of the relief sought in the Landlord's motion pending on March 16, 2010. At this time we will be withdrawing only the portion of the motion which seeks dismissal of the within Chapter 13 proceeding. However, we will be prepared to proceed on the portion of the motion which seeks attorney's fees and sanctions and will continue to seek this relief from the court.

    Please be advised accordingly when you are preparing your opposition papers with respect to the landlord's motion. If you have any further questions please give me a call.

Very truly yours,

SPERBER DENENBERG & KAHAN, P.C.

By: James C. Mantia, Esq.

Cc: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Hon. Martin Glenn